**Electronically Filed
Supreme Court
SCEC-18-0000908
07-FEB-2019
01:24 PM**

SCEC-18-0000908

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

MATTHEW S. LOPRESTI, Plaintiff,

vs.

STATE OF HAWAIʻI; SCOTT T. NAGO, as Chief Election Officer
for the State of Hawaiʻi; and OFFICE OF ELECTIONS,
State of Hawaiʻi, Defendants.

---

ORIGINAL PROCEEDING

ORDER DISMISSING MOTION FOR RECONSIDERATION
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Upon consideration of plaintiff Matthew S. LoPresti's motion for reconsideration, filed on January 30, 2019, the declaration and attachment that were filed on February 1, 2019, and the record,

IT IS HEREBY ORDERED that the motion for reconsideration is dismissed as untimely. See HRAP Rule 40(a) ("A motion for reconsideration may be filed by a party only within 10 days after the filing of the opinion, dispositional order, or ruling unless by special leave additional time is granted during such period by a judge or justice of the appellate court involved.").

DATED: Honolulu, Hawaiʻi, February 7, 2019.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

